AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

USDC OR Case #3:25-mj-00310

| United States of America | )  |   |   |
| --- | --- | --- | --- |
| v. | ) | Case No. | 1:25-cr-00314-JMA-CHK |
| CHAUNCEY BILLUPS | ) |   |   |
|   | ) |   |   |
|   | ) |   |   |
|   | ) |   |   |
| *Defendant* |   |   |   |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHAUNCEY BILLUPS,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud conspiracy, 18 U.S.C. 1349
Money laundering conspiracy, 18 U.S.C. 1956(h)

Date: 10/09/2025

*Signature: August Marziliano*
*Issuing officer's signature*

City and state: Brooklyn, New York

August Marziliano, Chief Deputy
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/21/2025, and the person was arrested on *(date)* 10/23/25
at *(city and state)* Lake Oswego, OR.

Date: 10/23/25

*Arresting officer's signature*

SA Dan Wunderli
*Printed name and title*