IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-00310M-1 |
| v. | |
| Chauncey Billups | **MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

**IT IS ORDERED that the defendant's pretrial release conditions be modified as follows.**

**REMOVE:**

- The defendant shall not transfer assets valued at or greater than $10,000 without the permission from the Court, with the exception of legal fees and expenses necessary for the defendant's defense through the end of this year.

**ADD:**

- The defendant shall report to Pretrial Services and the government, on a monthly basis, any transactions that exceed $25,000. Upon request from Pretrial Services or the government, the defendant will provide backup documentation regarding the transactions.

**IT IS SO ORDERED THIS** ___4___ **day of** __November__, **2025.**

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**